IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALVARO ARELLANO, | § |
| Plaintiff, | § |
| v. | §   Case No. 3:20-cv-00795-N-BT |
| ADA LOGISTICS CORP. and ALEKSANDAR MANIC, | § |
| Defendants. | § |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated January 5, 2024. The Court has made a *de novo* review of those portions of the Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled.

**SO ORDERED**, this 9th day of February, 2024.

DAVID C. GODBEY
CHIEF UNITED STATES DISTRICT JUDGE